| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 09 2008 |
| | MOLLY C. DWYER, CLERK OF COURT<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| In re: BLAKE BLATTER,<br><br>-------------------------------<br><br><br>BLAKE BLATTER; CLARK CARPENTER; PARK COUNTY,<br><br>        Petitioners,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA,<br><br>        Respondent,<br><br>MARTHA L. DENTON,<br><br>        Real Party in Interest. | No. 06-74848<br>D.C. No. CV-06-00073-RFC<br>District of Montana, Billings<br><br><br>**MANDATE** |

The judgment of this Court, entered 07/06/2007, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Theresa Benitez
Deputy Clerk